# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY DORAN, et al.,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| v. | : | |
| **MYLAN INC., et al.,** | : | **No. 10-6539** |
| Defendants. | : | |
| | - - - - - | |
| **COLLEN GRIGSBY, et al.,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| v. | : | |
| **MYLAN INC., et al.,** | : | **No. 10-6742** |
| Defendants. | : | |
| | - - - - - | |
| **MARILYN APPLE, et al.,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| v. | : | |
| **MYLAN INC., et al.,** | : | **No. 10-6788** |
| Defendants. | : | |
| | - - - - - | |
| **TERRY REESE, et al.,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| v. | : | |
| **MYLAN INC., et al.,** | : | **No. 10-6713** |
| Defendants. | : | |
| | - - - - - | |
| **CHRISTOPHER TISCH, et al.,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| v. | : | |
| **MYLAN INC., et al.,** | : | **No. 10-6858** |
| Defendants. | : | |

## <u>ORDER</u>

**AND NOW**, this **19th** day of **January, 2011**, upon consideration of Plaintiffs' Motions to

Remand, Defendants' Response thereto, and for the reasons stated in this Court's Memorandum

dated January 19, 2011, it is hereby **ORDERED** that:

    1.    Plaintiffs' Motions to Remand are **GRANTED**.

        a.    These Motions have the following document numbers:

i.      Civ. A. No. 10-6539: Document No. 11;

ii.      Civ. A. No. 10-6713: Document No. 18;

iii.      Civ. A. No. 10-6742: Document No. 11;

iv.      Civ. A. No. 10-6788: Document No. 12;

v.      Civ. A. No. 10-6858: Document No. 9.

2.      These actions are **REMANDED** to the Philadelphia County Court of Common

Pleas.

3.      The Clerk of Court is directed to close these cases.


                                    **BY THE COURT:**

                                    _____
                                    **Berle M. Schiller, J.**